IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

DARREN ROGERS,

                 Plaintiff,               ORDER

v.

                                           08-cv-171-slc

WISCONSIN DEPARTMENT OF CORRECTIONS,
et al.,

                 Defendants.

---

On April 3, 2008, this court entered an order directing the marshals service to attempt personal service on the defendants who have not yet been served in this case. It now appears that the remaining defendants can be effectively served pursuant to this court's service agreement with the Wisconsin Attorney General's Office. Service in this fashion is more efficient for the marshals service and less burdensome on the attorney general. Therefore, I hereby authorizing the marshals service to complete service pursuant to the standard agreement.

Entered this 8th day of April, 2008.

                                           BY THE COURT:

                                           STEPHEN L. CROCKER
                                           Magistrate Judge