# UNITED STATES DISTRICT COURT
## Western District of Wisconsin

| | |
|---|---|
| DARREN ROGERS, | **JUDGMENT IN A CIVIL CASE** |
| Plaintiff, | **Case No.: 08-cv-171-bbc** |
| 08-cv-171-bbc | |
| v. | |
| WISCONSIN DEPARTMENT OF CORRECTIONS, a state governmental agency, MATTHEW FRANK, individually, RICHARD RAEMISCH, individually, CHERYLL MAPLES, individually, WILLIAM GROSSHANS, individually, DENISE SYMDON, individually, MICHELE ROSE, individually, JAY TAYLOR, individually, MARK MELLENTHIN, individually, MARIE FINLEY, individually, BRENT BOEHLKE, individually, TERRI REES, individually, LEANNE MOBERLY, individually, BREANDA STACEY, individually, JULIE BASEL, individually, ROBERTA JOHNSON, individually, SHELLY TRIMBLE, individually, HOLLY CAMPBELL n/k/a Holly Osowski, individually, and RITA DAMON, individually, | |
| Defendants. | |

**This action came for consideration before the court with U. S. District Judge Barbara B. Crabb presiding. The issues have been considered and a decision has been rendered.**

## IT IS ORDERED AND ADJUDGED

**This case is dismissed against defendants.**

**JOEL TURNER**
_____
**Joel Turner, Acting Clerk**

**/s/ M. Hardin**
_____          _____8/20/08_____
**by Deputy Clerk**                                                                     Date